UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YULAI FU, | § § § § | |
| *Plaintiff*, | | |
| V. | § § | CIVIL ACTION NO.   1:23-cv-00439-JRN |
| STATE FARM LLOYDS, | § § § § | |
| *Defendant*. | | |

## NOTICE OF SETTLEMENT

Plaintiff Yulai Fu and Defendant State Farm Lloyds (collectively, "the Parties") hereby provide written notice to the Court that they have agreed to settle all matters in dispute with regard to this lawsuit.

The Parties are in the process of preparing and executing appropriate release and dismissal documents. It is anticipated this process will take no longer than sixty (60) days.

Accordingly, it is requested that the Court stay litigation for the next 60 days pending the Parties filing an agreed motion to dismiss with prejudice in this case as soon as settlement is funded, and release documents are fully negotiated and executed.

Respectfully submitted,

By: /s/ *Donald C. Green II*
Chad T. Wilson
Bar No. 24079587
Donald C. Green II
Bar No. 24086619
CHAD T. WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of Plaintiff's Notice of Settlement has been forwarded to all counsel of record through the Court's CM/ECF system today, March 19, 2024.

/s/ *Donald C. Green II*
Donald C. Green II